UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                         No. 1:06-CR-298

     vs.                              Hon. Gordon J. Quist

SANTIAGO PEDRO GARCIA, JR.,

        Defendant.
_____/

**FINAL ORDER OF FORFEITURE AS TO $30,000 IN LIEU OF**
**REAL PROPERTY 7907 MILE NORTH ROAD, PENITAS, TEXAS**

WHEREAS on October 22, 2007, this Court entered a Preliminary Order of Forfeiture as to the forfeiture of Defendant's interest in the real property commonly known as 7907 Mile North Road, Penitas, Texas, together with all improvements, fixtures and appurtenances thereon;

WHEREAS, this Court has found the requisite nexus between the crime committed by the Defendant and the property subject to forfeiture; and

WHEREAS, a settlement agreement was filed and agreed the United States would forfeit $30,000 in lieu of the real property;

NOW THEREFORE, IT IS HEREBY ORDERED that the $30,000 currency is hereby forfeited to the United States of America pursuant to pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED that all right, title and interest to the currency, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed by the United States Marshals Service, according to applicable law and regulations;

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**SO ORDERED:**


Dated: February  5  , 2008

/s/ Gordon J. Quist
GORDON J. QUIST
United States District Judge